NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

SCOTT DENNIS ELL,                    )
                                     )
        Appellant,                   )
                                     )
v.                                   )     Case No. 2D18-1350
                                     )
STATE OF FLORIDA,                    )
                                     )
        Appellee.                    )
_____ )

Opinion filed April 12, 2019.

Appeal from the Circuit Court for Polk
County; Neil A. Roddenbery, Judge.

Michael Hrdlicka of Gomez & Touger,
P.A., Bartow, for Appellant.

Ashley Moody, Attorney General,
Tallahassee, and C. Todd Chapman,
Assistant Attorney General, Tampa, for
Appellee.


PER CURIAM.


        Affirmed.


NORTHCUTT, SLEET, and BADALAMENTI, JJ., Concur.